No. 4473.—CENTRAL COLOSO, INC., aplda., *v.* ASAMBLEA MUNICIPAL DE AGUADA, aplte.—C. D. Aguadilla. *Certiorari.* Junio 4, 1928.

No. 4512.—ARCE, apldo., *v.* AMERICAN RAILROAD COMPANY, aplte.—C. D. Aguadilla. Daños y perjuicios. Junio 5, 1928.

Nos. 4467 y 4480.—SOCORRO y TOUS CORTÉS, apltes., *v.* MARXUACH, aplda.; SOCORRO y TOUS CORTÉS, apldos. *v.* MARXUACH, aplte.—C. D. San Juan. Junio 5, 1928.

No. 3611.—PUEBLO, apldo., *v.* SOTOMAYOR, aplte.—C. D. Ponce. Infracción del Código Penal, art. 438. Junio 12, 1928.

No. 3627.—PUEBLO, apldo., *v.* TORRES, aplte.—C. D. Ponce. Acometimiento y agresión. Junio 12, 1928.

No. 3620.—PUEBLO, apldo., *v.* DÍAZ, aplte.—C. D. San Juan. Acometimiento y agresión. Junio 13, 1928.

No. 4659.—AMERICAN COLONIAL BANK, apldo., *v.* HERACLIO LÓPEZ & CO ET AL. apltes.—C. D. San Juan. Cobro de dinero. Junio 23, 1928.

No. 3543.—PUEBLO, apldo., *v.* RODRÍGUEZ, aplte.—C. D. San Juan. Infracción Ley de Automóviles. Junio 19, 1928.

No. 3632.—PUEBLO, apldo., *v.* CALVO, aplte.—C. D. Aguadilla. Portar armas. Junio 21, 1928.

No. 4580.—AMERICAN COLONIAL BANK, apldo., *v.* HALL y SUCRS. DE H. F. SPRAUL, apltes.—C. D. San Juan. Cobro de pagaré. Junio 23, 1928.

No. 4669.—FERRER, aplda., *v.* GUILLÉN, aplte.—C. D. San Juan. Divorcio. Junio 30, 1928.

Nos. 3633 y 3634.—PUEBLO, apldo., *v.* BURGOS, aplte.—C. D. San Juan. Portar armas y homicidio respectivamente. Julio 2, 1928.

Nos. 3635 y 3636.—PUEBLO, apldo., *v.* NEGRÓN, aplte.—C. D. San Juan. Asesinato y portar armas respectivamente. Julio 3, 1928.

No. 4570.—VISBAL, aplda., *v.* JEFFERSON STANDARD LIFE INSURANCE CO., aplte.—C. D. Aguadilla. Julio 5, 1928.